UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN ALLEN,

                Plaintiff,                Civil Action No. 23-11404

v.                                         Jonathan J.C. Grey
                                              United States District Judge

KELLY HOLDEN, *et al.*                David R. Grand
                                                  United States Magistrate Judge

                Defendants.
_____/

**REPORT AND RECOMMENDATION TO DENY WITHOUT PREJUDICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION (ECF No. 14)**

*Pro se* plaintiff Justin Allen, an incarcerated person, brings this civil rights action pursuant to 42 U.S.C. § 1983, against Michigan Department of Corrections' employees Kelly Holden ("Holden"), Brian Simon ("Simon"), and John Doe (collectively, "Defendants"), alleging First Amendment claims based on the issuance of a retaliatory misconduct ticket and the hinderance of his access to the courts, as well as a Fourteenth Amendment equal protection claim. (ECF No. 1, PageID.5).[1]

Before the Court for a Report and Recommendation is Defendants' motion for summary judgment on the basis of exhaustion. (ECF No. 14). On today's date, the Court held a hearing on the motion. For the detailed reasons stated on the record, **IT IS**

---

[1] The case was referred to the undersigned for all pretrial matters pursuant to 28 U.S.C. § 636(b). (ECF No. 9).

**RECOMMENDED** that Defendants' motion **(ECF No. 14)** be **DENIED WITHOUT PREJUDICE**.

Dated: April 23, 2024　　　　　　　　　　　s/David R. Grand
Ann Arbor, Michigan　　　　　　　　　　　DAVID R. GRAND
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of HHS*, 932 F.2d 505, 508 (6th Cir.1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir.1981).  The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir.1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir.1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.  A party may respond to another party's objections within 14 days after being served with a copy.  *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1).  Any such response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 23, 2024.

                                            s/Eddrey O. Butts
                                            EDDREY O. BUTTS
                                            Case Manager